

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

August 14, 2023

**By ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*The case is dismissed under Federal Rule of Civil Procedure 37(b)(2)(A) for failure to comply with a discovery order.*

*SO ORDERED.*

Re:   Kruppenbacher v. Annucci, et al., 20 Civ. 108 (CS)

Dear Judge Seibel:         *8/14/23*

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

    I write respectfully on behalf of Defendant Correction Officer Richard Smith, and pursuant to the Court's July 14, 2023 Order, to update the Court on the status of discovery. In the July 14 Order, the Court directed Plaintiff that he had

> until August 11, 2023 to make full and complete Rule 26 disclosures and to respond (request-by-request) to Defendant's document requests and interrogatories. Failure to do both by that date will result in dismissal under Rule 37(b)(2)(A) for violation of a discovery order and/or Rule 41(b) for failure to prosecute. The disclosures and responses must reach counsel for Defendant by August 11, 2023, so Plaintiff should make sure he mails them in plenty of time. Counsel for Defendant shall advise the Court promptly after August 11 as to whether Plaintiff has complied with this Order.

ECF No. 57.

    To date, I have not received any Rule 26 disclosures or responses to Defendant's document requests and interrogatories from the Plaintiff.

Respectfully submitted,
*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Joseph Kruppenbacher (by first class mail)
    Plaintiff *Pro Se*